**Order entered February 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01079-CR
No. 05-12-01080-CR

**KEITH BRONSHA PAUL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-41122-Y, F10-42448**

## ORDER

On January 11, 2013, this Court ordered court reporter Sharon Hazlewood to file, within fifteen days, a supplemental record of the suppression hearing conducted in these cases. To date, Ms. Hazlewood has neither filed the record nor communicated with the Court regarding the status of the record.

The trial court's findings of fact and conclusions of law reflect that a hearing was held on July 19, 2012 at which evidence was presented on appellant's motion to suppress. We have not received the reporter's record of the July 19, 2012 hearing. Additionally, we note the clerk's record in cause no. 05-12-01079-CR does not contain a copy of appellant's pretrial motions.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record in cause no. 05-12-01079-CR, containing appellant's pretrial motions.

We **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file, by **FEBRUARY 28, 2013**, the reporter's record of the July 19, 2012 suppression hearing. If Ms. Hazlewood does not file the reporter's record of the July 19, 2012 hearing by the date specified, we will order that she not sit as a court reporter until she has filed the supplemental record in these appeals.

Appellant's brief is due by **APRIL 1, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

- Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7;

- Sharon Hazlewood, official court reporter, Criminal District Court No. 7;

- Gary Fitzsimmons, Dallas County District Clerk;

- Dallas County District Clerk, Criminal Records Division; and

- Counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE